# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| *IN RE: NEXIUM (ESOMEPRAZOLE MAGNESIUM) ANTITRUST LITIGATION*, <br><br> MDL No. 2409 Pending in Massachusetts <br><br> Civil Action No. 1:12-md-02409-WGY (D. Mass.) |

Miscellaneous Action No. 14-1031 (BAH)

Judge Beryl A. Howell

## ORDER

Upon consideration of non-party Timothy C. Hester's Motion to Quash Subpoena to Appear and Testify at Trial, the supporting memorandum, and the exhibits attached thereto, the Court finds that "exceptional circumstances" exist such that the trial court in the Multi-District Litigation action pending in the District of Massachusetts, for which the subpoena was issued, should resolve the motion.

Specifically, the subpoena that is the subject of the instant motion is one of "more than a dozen non-party subpoenas calling for live trial testimony via remote video transmission at courthouses around the country" in the underlying litigation, for which trial is scheduled to begin on October 20, 2014.  *See* Non-Party Hester's Mem. Supp. Mot. Quash ("Hester's Mem.") at 1, 3, ECF No. 1-1.

Since it is clear that resolution of this motion to quash a trial subpoena has the potential to "disrupt[] the issuing court's management of the underlying litigation," particularly since the trial in the underlying litigation is imminent and that court "has already ruled on issues presented by the motion," FED. R. CIV. P. 45(f) advisory committee's note (2013 amendments); *see* Hester's Mem. at 3, it is hereby

**ORDERED** that the Clerk of the Court shall transfer this matter to the United States District Court for the District of Massachusetts.

**SO ORDERED.**

Date: September 19, 2014

_____

BERYL A. HOWELL
United States District Judge